AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **CV25-08164-PCT-ASB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Ben Stewart Berry**
was recieved by me on **8/08/2025:**

[X]  I personally served the summons on the individual at **309 Silverhawk Ln, Durham, NC 27703** on **08/09/2025 at 9:56 AM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  08/09/2025

*Server's signature*

**Jonathan Raymond Bartlett**
*Printed name and title*

**2421 Gazebo Drive
Apt-A
Morrisville, NC 27560**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS,  to Ben Stewart Berry with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with a beard.**



Tracking #: **0181491197**

