Jonathan W. Birdt
1563 Bello Monte Drive
Prescott, AZ, 86301
928-800-2002
Birdtjon@gmail.com

# IN UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Wesley Birdt, | Case No.: 25-2-00256-29 |
| Plaintiff, | |
| vs. | NOTICE OF UNAVAILIBILITY |
| James Houston Boone; The United States Practical Shooting Association/IPSC; Russell Thomas Fortney; Ben Stewart Berry; Lafe Kunkel; Frank Rizzi, Andrew R. Erickson | |
| Defendants | |

Plaintiff hereby advises the Court, Counsel and parties that he will be out of the country and unavailable for any purpose from September 25, 2025 through October 8, 2025.

August 13, 2025

_____
Jonathan W. Birdt

BIRDT V. USPSA - 1