AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **CV25-08164-PCT-ASB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Lafe Kunkel**
was recieved by me on  **8/12/2025:**

[X]   I personally served the summons on the individual at **568 Shawnee Run Rd, Harrodsburg, KY 40330** on **08/12/2025 at 7:18 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 108.57** for services, for a total of **$ 108.57**.

I declare under penalty of perjury that this information is true.

Date:   08/14/2025

*Server's signature*

**Brian Wright**
*Printed name and title*

**337 Northwood Drive
Lexington, KY 40505**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS,  to Lafe Kunkel with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with a beard.**




Tracking #: **0181902540**