Civil Action No.    **CV25-08164-PCT-ASB**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Andrew R. Erickson**
was recieved by me on  **8/08/2025:**

- [X] I personally served the summons on the individual at **4400 S Mountain Ash Dr, Sioux Falls, SD 57103** on **08/13/2025 at 10:18 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 108.57** for services, for a total of **$ 108.57**.

I declare under penalty of perjury that this information is true.

Date:   08/13/2025

_____
*Server's signature*

**Lisa Ferguson**
*Printed name and title*

**417 S. 2nd Avenue
412
Sioux Falls, SD 57104**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS,  to Andrew R. Erickson with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with glasses.**




Tracking #: **0181977643**