AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     **CV25-08164-PCT-ASB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Russell Thomas Fortney**
was recieved by me on  **8/12/2025:**

- [X]  I personally served the summons on the individual at **804 Mallet Hill Lane, Millersville, MD 21108** on **08/15/2025 at 7: 34 PM**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ]  I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   08/15/2025

*Server's signature*

**Samson Awe**
*Printed name and title*

**8003 Dewberry Ln**
**120**
**Pasadena, MD 21122**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS,  to Russell Thomas Fortney with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with a beard.**



Tracking #: **0182460069**

