AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **CV25-08164-PCT-ASB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Frank Rizzi**
was recieved by me on  **8/09/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **JANE DOE RIZZI**, a person of suitable age and discretion who resides at **110 Ada Dr, Staten Island, NY 10314**, on **08/15/2025 at 2:29 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 108.57** for services, for a total of **$ 108.57**.

I declare under penalty of perjury that this information is true.

Date:   08/16/2025

_____
*Server's signature*

**Victor Torres**
*Printed name and title*

**12 Sandywood Lane
STATEN ISLAND, NY 10309**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS,  to JANE DOE RIZZI who identified themselves as the co-resident, co-resident. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**



Tracking #: **0182406464**

