AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **CV25-08164-PCT-ASB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **James Houston Boone**
was recieved by me on  **8/10/2025:**

- [X] I personally served the summons on the individual at **725 5th St, Lake Oswego, OR 97034** on **08/19/2025 at 2:44 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 108.57** for services, for a total of **$ 108.57**.

I declare under penalty of perjury that this information is true.

Date:   08/19/2025

*Server's signature*

**Allen Copeland**
*Printed name and title*

**3850 Marigold St
Portland, OR 97219**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS,  to James Houston Boone with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**





Tracking #: **0182853438**