Jonathan W. Birdt
1563 Bello Monte Drive
Prescott, AZ, 86301
928-800-2002
Birdtjon@gmail.com

**IN UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan Wesley Birdt,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James Houston Boone; The United States Practical Shooting Association/IPSC; Russell Thomas Fortney; Ben Stewart Berry; Lafe Kunkel; Frank Rizzi, Andrew R. Erickson<br><br>　　　　Defendants | Case No.: **3:25-cv-08164-ASB**<br><br>[PROPOSED] ORDER GRANTING MOTION TO COMPEL EARLY MEETING OF COUNSEL ON SEPTEMBER 19, 2025 OR WITHIN 5 DAYS OF RULING |

　　The Court, having considered the parties filings, hereby grants the motion and orders the that the early meeting of Counsel shall take place on September 19, 2025, or within 5 days of this Order:

Dated: _____

　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

BIRDT V. USPSA - 1