IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan W. Birdt,<br><br>        Plaintiff(s),<br><br>        v.<br><br>James Houston Boone, et al.,<br><br>        Defendant(s). | **NO.  CV-25-8164-PCT-ASB**<br><br>**ORDER TO SHOW CAUSE** |

This action has been assigned to a United States Magistrate Judge pursuant to Local Rule 3.7(b) of the United States District Court for the District of Arizona.  Each party is required to execute and file within fourteen days of its appearance either a written consent to the exercise of authority by the magistrate judge under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge. **United States Practical Shooting Association** appeared more than fourteen days ago but has not yet filed the required election form.

**IT IS ORDERED** that **United States Practical Shooting Association** fails to file the appropriate election form by  **5:00 p.m. on Tuesday, September 30, 2025, United States Practical Shooting Association shall appear[1] before  Judge John J. Tuchi of the Phoenix Division of this Court in Courtroom No**. **505, 5th Floor, at  9:30 a.m. on Tuesday, October 7, 2025,**  and show good cause for the failure to comply with Local

---

[1] Incarcerated parties shall appear telephonically and shall make arrangements for such appearance in advance of the hearing.

1  Rule 3.7(b). The hearing before the Judge will be automatically vacated and the party
2  need not appear if the party files a completed election form by the 5:00 p.m. deadline set
3  forth above. An additional copy of the election form is included with this Order.
4      **IT IS FURTHER ORDERED** that the assignment of this action to the Magistrate
5  Judge remains in effect for all purposes pending completion of the election process.
6  Involvement of Liaison Judge John J. Tuchi in this matter is limited to this show cause
7  hearing, unless the magistrate judge assignment is ordered withdrawn pursuant to 28 U.
8  S. C. § 636(b)(1)(A), at which time the case would be randomly reassigned to a district
9  judge.

DEBRA D. LUCAS
District Court Executive/Clerk of Court

September 15, 2025

                s/ M. Pruneau
By   Deputy Clerk