# EXHIBIT 1

**From:** Jon Birdt
**To:** Gabriel, Isaac
**Cc:** harris@sackstierney.com; Gilbertson, Brittany; Larson, Jake; Colbert, Trent
**Subject:** Re: Early Meeting
**Date:** Tuesday, September 2, 2025 8:06:04 AM

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

I'll serve the motion via ecf.  Thanks

> On Sep 2, 2025, at 7:53 AM, Gabriel.Isaac@dorsey.com wrote:
>
> Jon - per below, we are happy to have an early meeting/meet and confer. I'm simply conveying that we do not believe discovery should proceed at this time.  Thanks.
>
> **From:** Jon Birdt <jonbirdt@icloud.com>
> **Sent:** Tuesday, September 2, 2025 6:45 AM
> **To:** Gabriel, Isaac <Gabriel.Isaac@dorsey.com>
> **Cc:** harris@sackstierney.com; Gilbertson, Brittany <Gilbertson.Brittany@dorsey.com>; Larson, Jake <larson.jake@dorsey.com>; Colbert, Trent <Colbert.Trent@dorsey.com>
> **Subject:** Re: Early Meeting
>
> EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.
>
> Thank you, but that isn't the rule. I will now file a motion to compel and let the Court know that both defense counsel refused to provide dates for the early meeting.
>
>> On Sep 2, 2025, at 6:41 AM, gabriel.isaac@dorsey.com wrote:
>>
>> Jon – the rule does not require an early meeting while a motion to dismiss is pending and the pleadings are not closed.  To the contrary, Rule 26(f)(1) contemplates as soon as practicable or no later than "21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."  Given the pleadings are not closed, there is no scheduling conference and the court has not issued any deadline for a scheduling order.  Given the circumstances of our case, it is not "practicable" to hold a early meeting now and attempt to set a discovery schedule when we do not even know when the motion to dismiss will be ruled upon or whether we will be in this forum.
>>
>> If you would nonetheless like to meet and confer on this issue,

please let me know.  However, be advised that our position will likely not change and we will not consent to discovery commencing at this stage, which is the common practice in this district.

**Isaac M. Gabriel**
**Partner**

<image001.png>

DORSEY & WHITNEY LLP
2325 E. Camelback Road, Suite 900 | Phoenix, AZ 85016
**P:** 602.735.2702
**C:** 602.750.8721

---

**From:** Jon Birdt <jonbirdt@icloud.com>
**Sent:** Sunday, August 31, 2025 7:20 PM
**To:** Gabriel, Isaac <Gabriel.Isaac@dorsey.com>
**Cc:** harris@sackstierney.com; Gilbertson, Brittany <Gilbertson.Brittany@dorsey.com>; Larson, Jake <larson.jake@dorsey.com>; Colbert, Trent <Colbert.Trent@dorsey.com>
**Subject:** Re: Early Meeting

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Isaac,
Unfortunately I can't agree to that. First, your motion has little chance of prevailing given the applicable case law. Second, the rules don't allow for such delay and in fact require it to be done as soon as practicable. I have given 30 days notice, which is more than reasonable, and if that date isn't convenient I am happy to do it any time sooner.
Moreover, I would be happy to dismiss your client tomorrow if it would simply provide the "direct evidence" upon which the vote was based or apologize and reinstate me.
Either way, this matter needs to proceed expeditiously to clear my name or vindicate your client.
Thank you,
Jon

Jon Birdt
928-800-2002

On Aug 31, 2025, at 6:45 PM, gabriel.isaac@dorsey.com wrote:

Jon – given there is a pending motion to dismiss, I believe it would be prudent to wait for the outcome of that motion before holding the early meeting. The pleadings are not closed and we may not even be in this court.  Please advise if you agree. Thanks.

**Isaac M. Gabriel**
**Partner**

<image001.png>

DORSEY & WHITNEY LLP
2325 E. Camelback Road, Suite 900 | Phoenix, AZ 85016
**P:** 602.735.2702
**C:** 602.750.8721

**From:** Jon Birdt <jonbirdt@icloud.com>
**Sent:** Friday, August 29, 2025 5:23 PM
**To:** Gabriel, Isaac <Gabriel.Isaac@dorsey.com>; Michael J. Harris <harris@sackstierney.com>; Gilbertson, Brittany <Gilbertson.Brittany@dorsey.com>
**Subject:** Early Meeting

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Counsel,
As you know from prior emails, I have set the early meeting for 9/19 at 10am but I am happy to do it any time sooner convenient to your calendar.
Thank you,
Jon