Isaac M. Gabriel (#021780)
gabriel.isaac@dorsey.com
Brittany M. Gilbertson (#032641)
gilbertson.brittany@dorsey.com
**DORSEY & WHITNEY LLP**
2325 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: (602) 735-2700

Jeremy R. Larson (admitted *pro hac vice*)
larson.jake@dorsey.com
Trent Colbert (admitted *pro hac vice*)
colbert.trent@dorsey.com
**DORSEY & WHITNEY LLP**
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-2408

*Attorneys for Defendant The United States*
*Practical Shooting Association/IPSC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Wesley Birdt,<br><br>    Plaintiff,<br><br>v.<br><br>James Houston Boone; The United States Practical Shooting Association/IPSC,<br><br>    Defendants. | Case No. CV-25-08164-PCT-ASB<br><br>**DEFENDANT THE UNITED STATES PRACTICAL SHOOTING ASSOCIATION/IPSC'S NOTICE OF INITIAL DISCLOSURE STATEMENT** |

Pursuant to LRCiv 5.2, notice is hereby given that on May 19, 2026, Defendant The United States Practical Shooting Association/IPSC served its Initial Disclosure Statement by email with a courtesy copy being mailed to Plaintiff Jonathan Wesley Birdt and Defendant James Houston Boone on May 20, 2026.

RESPECTFULLY SUBMITTED this 19th day of May, 2026.

DORSEY & WHITNEY LLP

By: /s/ Brittany M. Gilbertson
    Isaac M. Gabriel
    Brittany M. Gilbertson
    2325 East Camelback Road, Suite 900
    Phoenix, AZ 85016

    Jeremy R. Larson
    Trent Colbert
    701 Fifth Avenue, Suite 6100
    Seattle, WA 98104-7043

    *Attorneys for Defendant The United States
    Practical Shooting Association/IPSC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Jonathan W. Birdt – birdtjon@gmail.com

Michael J. Harris – michael.harris@sackstierney.com


By: *  /s/ Brittany M. Gilbertson*