# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan W Birdt, | No. CV-25-08164-PCT-ASB |
| Plaintiff, | **ORDER** |
| v. | |
| James Houston Boone, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's Statement of Discovery Dispute. (Doc. 65.) In the document, Plaintiff states Defendant USPSA failed to meaningfully respond to his first request for production and that USPSA's counsel were unable to meet with him for a week when he raised the issue. (*See id.*) Thus, counsel "declined to participate" in Plaintiff's filing. (*See id.*)

In the Court's Case Management Order, the Court ordered the parties to file a Joint Notice of Discovery Dispute if a dispute arises. (Doc. 60.) There is nothing in the Plaintiff's unilateral Statement that indicates a Joint Notice as ordered could not be filed in this case. (*See* Doc. 65.) Instead, the Statement seems to indicate that opposing counsel were not available as quickly as Plaintiff would have preferred, and therefore the Court should address the issue without having heard from the other side. (*See id.*) The Court will not do so.

The Court's Case Management Order will be affirmed in all respects. If there is a discovery dispute, the parties should convene in good faith as required under the Rules

before jointly bringing the issue to the Court for intervention.  Defendant USPSA should promptly and in good faith confer with Plaintiff on the issue, and if there is no resolution absent court intervention, the Joint Notice may be filed.

In light of the foregoing, any relief requested in the Statement of Discovery Dispute will be denied without prejudice.

All parties are reminded of their obligations to follow the Federal Rules of Civil Procedure, the Local Rules of this Court, and this Court's Orders.

**IT IS THEREFORE ORDERED denying without prejudice** any relief requested in Plaintiff's Statement of Discovery Dispute (Doc. 65).

**IT IS FURTHER ORDERED affirming** this Court's Case Management Order (Doc. 60) and reminding all parties that they must adhere to the Federal Rules of Civil Procedure, the Local Rules, and this Court's Orders.

Dated this 17th day of June, 2026.

_____
Honorable Alison S. Bachus
United States Magistrate Judge