**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jonathan W Birdt,
Plaintiff,
v.
James Houston Boone, et al.,
Defendants.

No. CV-25-08164-PCT-ASB

**ORDER**

The Court is in receipt of the parties' most recent discovery dispute. (Doc. 75.) The Court gathers from the document that Plaintiff does not believe Defendants have adequately responded to his discovery vehicles. The Court further surmises from the filing that Defendants have produced some responsive documents and are continuing to do so. The deadline for fact discovery has not yet run.

Essentially, this current filing boils down to a dispute over the speed with which Defendants are responding to Plaintiff's discovery vehicle(s). But again, the fact discovery deadline has not run. Therefore, Defendants are not in violation of any Order that the Court can identify, and there is no dispute that requires Court intervention at this juncture. To be clear, the Court is not suggesting or encouraging any party in this case to wait until the deadline to do a "document dump" on the other side. But at bottom, frustration that another side's disclosures have not been complete enough before the deadline has run (particularly where, as here, disclosures are ongoing) does not require Court involvement.

//

The parties are reminded of their obligations under the Rules and this Court's Orders.

It is so ordered.

Dated this 1st day of September, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge