**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jonathan W Birdt,

Plaintiff,

v.

James Houston Boone, et al.,

Defendants.

No. CV-25-08164-PCT-ASB

**ORDER**

Pending before the Court are: (1) Defendants' Joint Request for Referral to Settlement Conference and Motion to Extend the Settlement Discussion Deadline (Doc. 78) and (2) Plaintiff and Defendant Boone's Joint Notice of Discovery Dispute (Doc. 80). The Court addresses each in turn.

**A. Request for Settlement Conference; Motion to Extend Settlement Discussion Deadline**

Both Defendants request that this matter be referred to a United States Magistrate Judge for the purpose of a settlement conference. (Doc. 78.) Plaintiff responded, arguing that Defendants lack sincerity regarding resolution. (See Doc. 79.) Defendants replied, contending that the parties' informal attempts to settle have been unsuccessful. (Doc. 81.) They further re-urged their request to continue the settlement discussion deadline, which Plaintiff did not oppose in his response. (*Id.*)

The Court emphasizes that it continues to encourage settlement of this case. However, at this juncture, the Court will not refer the parties to a settlement conference

because the ongoing discovery issues in this case make it unlikely such a conference would be successful. The Court is willing to revisit the issue after the discovery dispute hearing that will be set; see orders below. The Court will extend the deadline for settlement discussions in an effort to continue to encourage settlement. Thus, the requested relief in the filing will be granted in part and denied in part.

**B. Discovery Dispute between Plaintiff and Defendant Boone**

The Court will set an in-person hearing to discuss each contested point in the Joint Notice (Doc. 80.) The hearing will be set for October 19, 2026 at 1:30 p.m.[1] No later than October 15, 2026, each side shall file a Supplemental Position Statement providing legal authority (*i.e.*, the pertinent Rule(s) and/or case law) to support their position on each contested item of discovery. The parties may attach to their Supplemental Position Statement the original discovery vehicle(s) and response(s) thereto. No responses or replies to the Supplemental Position Statements may be filed; rather, there will be only simultaneous briefing of the Supplemental Position Statements.

**C. Conclusion**

Based on the foregoing,

**IT IS ORDERED granting in part and denying in part** Defendants' Joint Request for Referral to Settlement Conference and Motion to Extend the Settlement Discussion Deadline (Doc. 78). The deadline for good faith settlement discussions is extended from September 30, 2026 to **November 30, 2026.** The Court declines to refer this matter for a settlement conference at this time; that request is denied without prejudice. The Court continues to encourage the parties to reach settlement of this matter.

**IT IS FURTHER ORDERED** setting an in-person Discovery Dispute Hearing on Plaintiff and Defendant Boone's Joint Notice of Discovery Dispute (Doc. 80) for **October 19, 2026, at 1:30 p.m.** in Courtroom 303 of the Sandra Day O'Connor U.S. Courthouse.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant Boone shall each file a

[1] Although the Court typically endeavors to set such hearings on a more expedient basis, defense counsel is out of the country through October 11, 2026. (Doc. 80 at 1.) Thus, the hearing is set out to accommodate counsel's schedule.

Supplemental Position Statement providing legal authority to support their position on each contested item of discovery in Doc. No. 80 no later than **October 15, 2026.**

Dated this 2nd day of October, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge