**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan W Birdt,<br>Plaintiff,<br>v.<br>James Houston Boone, et al.,<br>Defendants. | No. CV-25-08164-PCT-ASB<br>**ORDER** |

Before the Court is Defendant United States Practical Shooting Association ("USPSA")'s Notice of Settlement, which indicates Defendant USPSA and Plaintiff have reached settlement (Doc. 84).

Accordingly,

**IT IS ORDERED** that Defendant United States Practical Shooting Association and Plaintiff shall file a Stipulation to Dismiss within thirty (30) days of the filing of this Order. If no Stipulation to Dismiss is filed by that date, the parties shall file a Joint Status Report with the Court within 30 days of the date of this Order, or a dismissal order as to Plaintiff and USPSA may enter without further notice to the parties.

Dated this 15th day of October, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge