**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jonathan W Birdt,
Plaintiff,
v.
James Houston Boone, et al.,
Defendants.

No. CV-25-08164-PCT-ASB

**ORDER**

Before the Court is Defendant United States Practical Shooting Association ("USPSA")'s Amended Notice of Settlement, which indicates Defendant USPSA, Defendant James Houston Boone, and Plaintiff have reached settlement (Doc. 86). Because all claims as to all parties would be resolved pursuant to the Notice of Settlement, the Court enters this Order.

**IT IS THEREFORE ORDERED** that the parties shall file a Stipulation to Dismiss within thirty (30) days of the filing of this Order. If no Stipulation to Dismiss is filed by that date, the parties shall file a Joint Status Report with the Court within 30 days of the date of this Order, or a dismissal order may enter without further notice to the parties.

**IT IS FURTHER ORDERED** vacating the Discovery Dispute Hearing set for October 19, 2026.

Dated this 15th day of October, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge